D.S. to 2/2/08

# United States District Court
## Violation Notice

**Violation Number:** P 0629250
**Officer Name (Print):** P.O. Pecoraro
**Officer No.:** EY60 #557

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/25/07 11:51 AM
**Offense Charged:** 36 CFR 1.5(f)
**Place of Offense:** Fort Tilden Soccer Field (next to Chapel Bldg.)
**Offense Description:** Violation of Closure of Public Use limit & Restrictions (Golfing in undesignated Area)

### DEFENDANT INFORMATION
**Last Name:** Corrigan
**First Name:** Matthew
**Street Address:** 434 Beach 143 Street
**City:** Neponsit **State:** NY **Zip:** 11694
**Drivers License No.:** 486136580 **DL State:** NY
**Date of Birth:** 05/03/56
**Adult** ☒ **Juvenile** ☐ **Sex:** ☒ Male ☐ Female
**Hair:** Br/Ba **Eyes:** Ha **Height:** 5'9" **Weight:** 206

### VEHICLE DESCRIPTION
**Tag No.:** BMA6517 **State:** NY **Year:** 08 **Make/Model:** Honda 4D SD **Color:** Grey

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

PAY THIS AMOUNT → $ 50 Forfeiture Amount
                      + $25 Processing Fee
                      $ 75 Total Collateral Due

**YOUR COURT DATE**
Date: FEB 21 2008

X Defendant Signature

Original - CVB Copy   NPS 10 50 (Rev 7 05)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 Nov., 20 07 while exercising my duties as a law enforcement officer in the Eastern District of New York

On the above date, time and location I observed the above subject, Matthew Corrigan, golfing in the park in an area not designated for golfing. soccer field, golfing toward the T-4 parking lot that had several vehicle parked in the lot. I have contacted Corrigan numerous times in the past for golfing in the same area, golfing at the Chapel building and illegally parking to golf in non-designated area. Corrigan was given numerous warnings and summonses in the past for golfing in non-designated areas and parking illegally. Corrigan was also advised of the designated golfing areas in the park. Corrigan was also advised that golfing in the area is hazardous to park property, visitor property, visitors and Park personnel. Corrigan was verbally irate.

The foregoing statement is based upon

☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 11/25/2007
Officer's Signature P.O. Pecoraro US Park Police #557

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   US Magistrate Judge

CVR Scan 1/15/2008 11:16:33